IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC D. NORRIS,**<br>        **Petitioner,**<br><br>    v.<br><br>**MARILYN BROOKS, et al.,**<br>        **Respondents.** | **CIVIL ACTION NO. 06-5509** |

# O R D E R

**AND NOW,** this 13th day of June, 2007, upon careful and independent consideration of the Petition for Writ of Habeas Corpus and the response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart and Petitioner's objection thereto, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Marvin Katz

_____
**MARVIN KATZ, S.J.**